IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| BRANDON C. MARTIN, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | Case No. CIV-19-686-SLP |
| FNU GREILICK, | ) |  |
| Respondent. | ) |  |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Gary M. Purcell entered on July 30, 2019 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is ADOPTED in its entirety and this matter is DISMISSED[1].

IT IS SO ORDERED this 4th day of September, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a petitioner. However, "a federal prisoner . . . does not need a COA to appeal a final judgment in a § 2241 case." *Eldridge v. Berkebile*, 791 F.3d 1239, 1241 (10th Cir. 2015). Thus, the Court need not consider a COA in this case.